Peter J. Frazza
Donald P. Jacobs
BUDD LARNER, P.C.
150 John F. Kennedy Parkway
Short Hills, NJ  07078
(973) 379-4800
Attorneys for Defendant JG Associates, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TIMOTHY J. HOPKINS and SCOTT HARPER,<br><br>        Plaintiffs,<br><br>v.<br><br>JG ASSOCIATES, INC. and DOE DEFENDANTS 1-10,<br><br>        Defendants. | Case No. 12-cv-04542-RMB-AMD<br><br>**NOTICE OF MOTION** |

TO:   Charles M. Gibbs, Esq.
      Michael A. Bowman, Esq.
      Bowman & Partners, LLP
      1600 Market Street, 25th Floor
      Philadelphia, PA  19103

      Gerald D. Wells, III, Esq.
      Robert J. Gray, Esq.
      Faruqi & Faruqi, LLP
      101 Greenwood Avenue, Suite 600
      Jenkintown, PA  19046

COUNSEL:

   PLEASE TAKE NOTICE that on January 7, 2013, at 9:30 a.m. or as soon thereafter as counsel may be heard, the undersigned, as counsel for defendant JG Associates, Inc., shall move before the Honorable Renee Marie Bumb, U.S.D.J., at the Mitchell Cohen

Federal Courthouse, 1 John F. Gerry Plaza, Fourth & Cooper Streets, Camden, New Jersey 08101, for the entry of an order (a) dismissing the complaint pursuant to Fed.R.Civ.P. 12(b)(6) for failure to state a claim on which relief can be granted and (b) declining to exercise supplemental jurisdiction over the claims asserted under the New Jersey Wage Hour Law.

 PLEASE TAKE FURTHER NOTICE that in support of this motion, plaintiff shall rely upon the brief submitted herewith.

 PLEASE TAKE FURTHER NOTICE that a proposed form of order is submitted herewith.

 PLEASE TAKE FURTHER NOTICE that defendant JG Associates, Inc. hereby requests oral argument in connection with this motion.

        Respectfully submitted,

        /s/ Peter J. Frazza
        PETER J. FRAZZA
        DONALD P. JACOBS
        Budd Larner, P.C.
        150 John F. Kennedy Parkway
        Short Hills, New Jersey 07078
        Phone: (973) 379-4800

        Attorneys for Defendant
        JG Associates, Inc.

DATED:  November 30, 2012
914391