

**1600 Market Street**
**25th Floor**
**Philadelphia, PA 19103**
**215.391.4300 • Fax 215.391.4350**
**www.bowmanltd.com**

*A certified Minority Business Enterprise*

**Charles M. Gibbs, Esquire**
**cgibbs@bowmanltd.com**
**215-391-4323 direct dial**

October 28, 2013

**VIA ECF & HAND DELIVERY**

Honorable Renee Marie Bumb
United States District Court
District of New Jersey
Mitchell H. Cohen Courthouse
4th and Cooper Streets
Camden, NJ 08101

      Re:    *Hopkins et al. v. JG Associates, Inc.*, **No. 12-cv-04542-RMB-AMD**

Dear Judge Bumb:

      This firm, along with co-counsel Gerald D. Wells, III, Esq. are counsel to Plaintiffs in the above-referenced matter. I write to respectfully request an adjournment of the Pre-Motion Conference which is scheduled for Wednesday, October 30, 2013 at 10:30 a.m.

      Counsel for Plaintiffs and Defendant are in earnest discussions trying to resolve this matter amicable and jointly respectfully request that the Court adjourn the Pre-Motion Conference for 30 days.

      Thank you for Your Honor's time and attention to the foregoing.

                          Respectfully submitted,

                          By: /s/ Charles M. Gibbs_____
                               Charles M. Gibbs

cc: Gerald D. Wells, III, Esq. (e-filed)
    Peter Frazza, Esq. (e-filed)